**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3942-21

DE PASQUALE COLOUR &
DESIGN, INC., d/b/a
DEPASQUALE THE SPA,

     Plaintiff-Appellant,

v.

ARCH INSURANCE COMPANY,

     Defendant-Respondent.

_____

Submitted March 18, 2024 – Decided March 25, 2024

Before Judges Mawla and Chase.

On appeal from Superior Court of New Jersey, Law Division, Mercer County, Docket No. L-0470-22.

Ferrara Law Group, P.C., attorneys for appellant (Ralph Peter Ferrara and Kevin James Kotch, of counsel and on the briefs).

Connell Foley, LLP, and Julie E. Nevins (Stroock & Stroock & Lavan LLP) of the Florida bar, admitted pro hac vice, attorneys for respondent (Jonathan Philip McHenry, Julie E. Nevins, Evan David Haggerty, of counsel and on the brief).

PER CURIAM

    We have been advised that this matter has been amicably adjusted and the parties have stipulated to the dismissal of this appeal.  Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2

A-3942-21